# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STUFF ELECTRONICS (DONG GUAN) LIMITED AND STUFF TECHNOLOGY LIMITED,**<br><br>        **Plaintiffs,**<br><br>    **v.**<br><br>**FOR YOUR EASE ONLY, INC. AND QVC, INC.,**<br><br>        **Defendants.** | **CIVIL ACTION NO. 20-4333** |

## ORDER

**AND NOW,** this 21st day of December 2020, upon consideration of Juno Financial LLC's Motion to Intervene [Doc. No. 13] and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. Juno shall join this action as an Intervenor Plaintiff.

It is further **ORDERED** that the Clerk of Court shall docket the Intervenor Complaint [Doc. No. 13-2]. The parties named as Defendants in the Intervenor Complaint, all of whom are already named parties to this action, shall respond to the Intervenor Complaint within **21 days**.

It is so **ORDERED.**

                                                              **BY THE COURT:**

                                                              **/s/ Cynthia M. Rufe**

                                                              **CYNTHIA M. RUFE, J.**