IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STUFF ELECTRONICS (DONG GUAN) LIMITED and** <br> **STUFF TECHNOLOGY LIMTED** <br>           Plaintiffs *et al.*, <br> v. <br> **FOR YOUR EASE ONLY, INC.** *et al.*, <br>           Defendants. | CIVIL ACTION NO.  20-4333 |

## ORDER

**AND NOW,** this 30th day of September 2022, upon consideration of the pending motions and the responses and replies thereto and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. For Your Ease Only, Inc.'s Motion for Summary Judgment [Doc. No. 61] is **DENIED**.

2. Stuff Electronics (Dong Guan) Limited and Stuff Technology Limited's Motion for Summary Judgment [Doc. No. 59] is **DENIED**.

3. Juno Financial, LLC's Partial Motion for Summary Judgment [Doc. No. 60] is **DENIED**.

4. **The parties filed numerous memoranda and exhibits under seal or restricted access without leave of Court. The parties are ordered to show cause as to why these documents should not be unsealed or unrestricted no later than October 14, 2022, as the Court must approve any such documents pursuant to *In re Avandia Marketing, Sales Practices, and Products Liability Litigation*,**

**924 F.3d 662 (3d Cir. 2019), or the documents will be unsealed or unrestricted accordingly.**

5. The parties shall confer and submit a joint status report **within 21 days** as to whether they believe a settlement conference before a magistrate judge, mediation under Local Civil Rule 53.3, or some other form of alternative dispute resolution might be of assistance in resolving the case and, if so, on what form of alternative dispute resolution they agree and by what date they will be prepared to commence such proceedings. The parties may wish to consider whether to consent to proceed to trial before a United States Magistrate Judge.[1]

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**

---

[1] If the parties consent to the reference of the civil action to a magistrate judge, they should file the form entitled Consent and Reference of a Civil Action to a Randomly Assigned Magistrate Judge, available at http://www.paed.uscourts.gov/documents2/forms/forms-miscellaneous.