IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STUFF ELECTRONICS (DONG GUAN) LIMITED,<br><br>    Plaintiffs, *et al.*,<br><br>  v.<br><br>FOR YOUR EASE ONLY, INC. *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.  20-4333 |

## JUDGMENT ORDER

**AND NOW,** this 7th day of August 2024, in accordance with the Court's Findings of Fact and Conclusions of Law entered this date, it is hereby **ORDERED** that:

1. Judgment is entered in favor of Plaintiffs Stuff Technology Limited and Stuff Electronics (Dong Guan) Limited (collectively, "Stuff") and against Defendant For Your Easy Only, Inc. ("FYEO") in the amount of $453,000.00, plus all interest accrued from February 2021 to present.

2. Relief on all other claims brought by any party is denied.

It is further **ORDERED** that FYEO's Motion to Conform the Pleadings to the Evidence Presented at Trial [Doc. No. 150] is **DENIED**. FYEO is directed to turn over all withheld funds plus accrued interest to Stuff within 30 days of the date of this Order. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

                 **BY THE COURT:**

                 /s/ **Cynthia M. Rufe**
                 _____
                 **CYNTHIA M. RUFE, J.**